**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LEIGH J. BECHTLE** | **CIVIL ACTION** |
| **v.** | **NO. 20-5803** |
| **COUNTY OF DELAWARE** | |

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 3rd day of January, 2022, for the reasons stated in the foregoing Memorandum and upon careful consideration of Defendant County of Delaware's Motion for Summary Judgment (ECF 17), Plaintiff Leigh J. Bechtle's Response (ECF 20), and Defendant's Reply (ECF 20, ECF 25), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5803 Bechtle v. County of Delaware\20cv5803 Order re MSJ.docx