## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEIGH J. BECHTLE** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 20-5803 |
| v. | : | |
| | : | Before the Hon. Michael M. Baylson |
| **COUNTY OF DELAWARE** | : | United States District Judge |
| Defendant | : | |

## COUNT FOUR TO PLAINTIFF'S COMPLAINT
## VIOLATIONS OF THE PENNSYLVANIA HUMAN RELATIONS ACT ("PHRA")
## UNLAWFUL AGE DISCRIMINATION[1]

44. The foregoing paragraphs, the *ad damnum* clause and jury trial demand are incorporated herein in their entirety as if set forth in full.

45. In the manner set forth above and in violation of the PHRA, the County has engaged in knowing, willful, purposeful and unlawful discrimination by terminating Plaintiff's employment on account of his age.

46. As a result of the age discrimination inflicted by Defendant, Plaintiff has suffered damages including but not limited to denial of employment, lost wages, lost benefits, lost promotions, lost training, and lost experience.

47. As a result of age discrimination inflicted by Defendant, Plaintiff has also suffered emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

                                                      **WEINSTEIN LAW FIRM, LLC**
                              By:   /s/ Marc E. Weinstein
                                        Marc E. Weinstein, Esquire
                                        Counsel to Plaintiff

---

[1] Plaintiff's complaint filed on November 19, 2020 contained three causes of action, and included 43 numbered paragraphs plus an *ad damnum* clause. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant has provided written consent to adding this PHRA count.

**CERTIFICATE OF SERVICE**

I, Marc E. Weinstein, Esquire, hereby certify that on this day I caused the foregoing document to be filed on the ECF system. Defendant's counsel is a filing users under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic filing constitutes service of the filed document and no additional service upon the filing user is required.

By: /s/ Marc E. Weinstein
Marc E. Weinstein, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
267.513.1942 tel
marc@meweinsteinlaw.com
Counsel to Plaintiff