

**WEINSTEIN LAW FIRM, LLC**

Employment and Civil Rights Law

March 22, 2022

**Via ECF**

The Honorable Michael M. Baylson
Senior United States District Judge
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   **Bechtle v. County of Delaware; Civ. A. No. 20-5803**

Dear Judge Baylson:

    I am lead counsel to Plaintiff in this employment discrimination case. The Court has already denied Defendant's motion for summary judgment.

    I write to ask for a teleconference at the Court's earliest opportunity so that a trial date may be fixed, along with the attendant pre-trial deadlines.

    My client is 72 years of age. He seeks reinstatement to his position as Assistant Public Defender should he prevail. If a trial is extensively delayed, this remedy of returning to his job could be permanently compromised.

    Respectfully submitted,

    WEINSTEIN LAW FIRM, LLC

By: _____
    Marc E. Weinstein, Esquire

MEW/st

cc:   John P. Gonzales, Esq. (Lead Defense Counsel)

500 Office Center Drive
Suite 400
Fort Washington, PA 19034

267.513.1942
www.meweinsteinlaw.com
marc@meweinsteinlaw.com