IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEIGH J. BECHTLE<br><br>v.<br><br>COUNTY OF DELAWARE | CIVIL ACTION<br><br>NO. 20-5803 |
|---|---|

## ORDER

      **AND NOW, TO WIT:** This 10th day of May, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                       **KATE BARKMAN**, Clerk of Court


              **BY:**   /s/ Amanda Frazier
                         Amanda Frazier
                         Deputy Clerk

O:\CIVIL 20\20-5803 Bechtle v Co of Delaware\20cv5803 41b Order.docx